IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE YANICK AINA, | : | |
| Plaintiff, | : | 1:17-cv-2270 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN RICHARD C. SMITH, | : | |
| *et al.*, | : | |
| Defendants. | : | |

# **ORDER**

**March 9, 2018**

NOW THEREFORE, upon consideration of Plaintiff's Complaint (Docs. 1, 1-1, 1-2), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motions (Docs. 2, 7) to proceed *in forma pauperis* are construed as motions to proceed without full prepayment of fees and costs and are GRANTED.

2. Plaintiff's complaint (Docs. 1, 1-1, 1-2) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Plaintiff may file, on or before March 22, 2018, a proposed amended complaint concerning the alleged incident that took place on October 15, 2015.

5. The proposed amended complaint shall be accompanied by a motion to reopen the case and contain the same case number that is already assigned to this action, 1:17-cv-2270.

6. The proposed amended complaint shall be direct, concise, and shall stand alone without reference to any other document filed in this matter or any other civil matter. *See* Fed. R. Civ. P. 8(d)(1).

7. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims or additional defendants will be considered a failure to comply with an order of court and will result a denial of the motion to reopen and the striking of the proposed amended complaint. *See* Fed. R. Civ. P. 20(a)(2).

                                                    s/ John E. Jones III  
                                                    John E. Jones III  
                                                    United States District Judge